UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 22, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN CARLOS MARTINEZ CASTRO,

Defendant.

Case No. 2:19-cr-233 TLN-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JUAN CARLOS MARTINEZ CASTRO</u> Case No. <u>2:19-cr-233 TLN-1</u> Charges <u>21 U.S.C. §§846, 841(a)(1)</u> from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ _____

__x__ Unsecured Appearance Bond $ $50,000.00

_____ Appearance Bond with 10% Deposit *Co-signed by Angelica Maropin, Lafine Maropin, Alejandra Maropin*

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): <u>Pretrial Supervision conditions as stated on the record in open court. Defendant to be released on 1/23/20 at 9:00 a.m. to the USM and then to Pretrial Services.</u>

Issued at Sacramento, California on January 22, 2020 at __2:10__ P.M.

By: _____
Magistrate Judge Carolyn K. Delaney