HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE #294338
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700

Attorney for Defendant
JUAN CARLOS MARTINEZ CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00233-TLN |
|---|---|
| Plaintiff, | ) UNOPPOSED REQUEST FOR |
| | ) MODIFICATION OF CONDITIONS OF |
| v. | ) PRETRIAL RELEASE |
| JUAN CARLOS MARTINEZ CASTRO, | ) |
| Defendants. | ) |

Mr. Martinez Castro appeared before the Honorable Magistrate Judge on December 12, 2019, for initial appearance on criminal complaint. CR 1, 3. Defense counsel submitted on the issue of detention and Mr. Martinez Castro was detained. CR 3. He moved for his release under the Bail Reform Act on January 21, 2020, and was ordered released on pretrial conditions on January 22. CR 16. Condition number 10 states that Mr. Martinez Castro "must not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer." *See* CR 18.

Mr. Martinez Castro's sole co-defendant is his wife, Shannon Jeffries. Condition number 10 has the effect of unduly restricting their communications about routine matters concerning the home, Mr. Martinez Castro's stepdaughter and new granddaughter, and other non-case-related subjects. He thus seeks modification of this condition to read the following:

You must not associate or have any contact with any co-participant in the criminal activity charged in the Indictment unless in the presence of counsel or otherwise approved in advance by the pretrial services officer. You may have non-case-related contact with co-defendant Shannon Jeffries without the presence of counsel or pretrial approval.

Assistant United States Attorney Justin Lee has no objection to this modification and the newly worded condition. Pretrial Services Officer Renee Basurto reports that Mr. Martinez Castro has been in full compliance of his terms of release as of the filing of this request.

For the foregoing reasons, Mr. Martinez Castro respectfully requests that this Court order the requested modification of the terms of his release.

Dated: February 14, 2020  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender


Attorneys for Defendant
JUAN CARLOS MARTINEZ CASTRO


### ORDER

IT IS HEREBY ORDERED that the conditions of release be modified as specified above. All other conditions remain in full force.


Dated: February 18, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Defendant's Unopposed Request for
Modification of Conditions of Pretrial Release

-2-