HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
JUAN CARLOS MARTINEZ CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN CARLOS MARTINEZ CASTRO, ET AL <br><br> Defendant. | Case No.  2:19-cr-233 DAD <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME <br><br> Date:   January 24, 2023 <br> Time:  9:30 a.m. <br> Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Phillip A. Talbert, through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Juan Carlos Martinez Castro, that the previously-scheduled status conference date of January 24, 2023, be vacated and the matter be set for status conference on February 14, 2023 at 9:30 a.m, at the defendant's request.

Counsel for the defendant requires time to conduct independent investigation and meet with her client to review the case. The parties are in active negotiations surrounding resolution of the case. Specifically, the defense needs additional time to confer with the defendant's immigration attorney regarding Mr. Martinez' immigration status, and to meet with her client regarding the possible effect of a conviction for one or more of the underlying charges on her client's immigration status, so to adequately advise him on those possible consequences per the

Stipulation to Continue Status Conference                 -1-

requirements of *Padilla v. Kentucky*, 559 U.S. 356 (2010). She also needs additional time to meet with her client to ensure his understanding of the Sentencing Guidelines as they apply in this case.

The defense asks for three weeks to accomplish the above.

For these reasons, Defense counsel believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree that time under the Speedy Trial Act should be excluded from this order's date through and including February 14, 2023, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4, based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

    Respectfully submitted,

Dated: January 18, 2023    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Hannah Labaree*
    HANNAH LABAREE
    Assistant Federal Defender
    Attorney for Defendant
    Juan Carlos Martinez Castro

Dated: January 18, 2023    PHILLIP A. TALBERT
    United States Attorney

    */s/Justin Lee*
    JUSTIN LEE
    Assistant U.S. Attorney
    Attorney for Plaintiff

ORDER

The court has received, read, and considered the parties' stipulation. In adopting the parties' most recent prior stipulation continuing the status conference in this case, one in which the indictment was returned on December 19, 2019, the court stated that "[n]o further continuances of the status conference date will be granted absent a compelling showing of good cause." (Doc. No. 53 at 3.) Whether the now submitted stipulation meets such a showing is debatable. Nonetheless, in light of counsel's request to continue the status conference for the relatively short period of three weeks in order to accomplish the described tasks, the court finds good cause to have been shown to adopt the stipulation of the parties in its entirety as its Order. Specifically, the Court finds the failure to grant the requested continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court therefore orders the time from the date of this order, up to and including February 14, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 24, 2023 status conference is vacated and re-set for February 14, 2023, at 9:30 a.m. The court emphasizes that no further continuances of the status conference in this case absent an overwhelming showing of good cause to do so.

IT IS SO ORDERED.

Dated: **January 18, 2023**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE