HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
JUAN CARLOS MARTINEZ CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>  Plaintiff, </br></br> vs. </br></br> JUAN CARLOS MARTINEZ CASTRO, ET AL. </br></br>  Defendant. | Case No.  2:19-cr-233 DAD-1 </br></br> STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME </br></br> Date:   April 18, 2023 </br> Time:  9:30 a.m. </br> Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Phillip A. Talbert, through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Juan Carlos Martinez Castro, that the previously-scheduled change of plea hearing date of April 18, 2023, be vacated and the matter be further set for a change of plea hearing on May 30, 2023 at 9:30 a.m., at the defendant's request.

Counsel for Mr. Martinez Castro requires additional time to conduct investigation related to sentencing exposure and immigration consequences of a conviction, to consult with her client regarding the evidence and charges in this case, and to undertake other necessary preparations for trial in the instance the case does not resolve in a plea. For these reasons, Defense counsel believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree that time under the Speedy Trial Act should be excluded from this order's date through and including May 30, 2023, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4, based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: April 13, 2023        HEATHER E. WILLIAMS
                             Federal Defender

                             */s/ Hannah Labaree*
                             HANNAH LABAREE
                             Assistant Federal Defender
                             Attorney for Defendant
                             Juan Carlos Martinez Castro

Dated: April 13, 2023        PHILLIP A. TALBERT
                             United States Attorney

                             /s/ *Justin Lee*
                             JUSTIN LEE
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date of this order, up to and including May 30, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 18, 2023 status conference (anticipated change of plea hearing) is continued to May 30, 2023, at 9:30 a.m. However, no further continuances of this hearing date will be granted in this 2019 absent an overwhelming showing of good cause.

IT IS SO ORDERED.

Dated: **April 13, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE