HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
JUAN CARLOS MARTINEZ CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN CARLOS MARTINEZ CASTRO, ET AL.<br><br>　　　　Defendant. | Case No.  2:19-cr-233 DAD-1<br><br>STIPULATION AND ORDER TO CONVERT CHANGE OF PLEA TO STATUS CONFERENCE<br><br>Date:   May 30, 2023<br>Time:   9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Phillip A. Talbert, through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Juan Carlos Martinez Castro, that the previously-scheduled change of plea hearing date of May 30, 2023, be converted to a status conference.

　　　　Counsel for Mr. Martinez Castro requires additional time to consult with her client regarding the sentencing exposure and immigration consequences of a conviction in this case, to consult with her client regarding the evidence, and to undertake other necessary preparations for trial in the instance the case does not resolve in a plea. Mr. Castro therefore is not yet prepared to enter a plea or set the matter for trial.

　　　　The parties therefore request that the Change of Plea be converted to a Status Conference.

Respectfully submitted,

Dated: May 24, 2023  HEATHER E. WILLIAMS
 Federal Defender

 */s/ Hannah Labaree*
 HANNAH LABAREE
 Assistant Federal Defender
 Attorney for Defendant
 Juan Carlos Martinez Castro

Dated: May 24, 2023  PHILLIP A. TALBERT
 United States Attorney

 /s/ *Justin Lee*
 JUSTIN LEE
 Assistant U.S. Attorney
 Attorney for Plaintiff

Stipulation to Convert Change of Plea to a Status Conference  -2-

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court ORDERS that the Change of Plea Hearing be converted to a Status Conference to be held on the same date. However, the court will discuss with the parties at the status conference whether trial and trial confirmation dates should be set at this time, certainly without prejudice to the matter being scheduled for a change of plea hearing if appropriate.

IT IS SO ORDERED.

Dated: **May 24, 2023**

UNITED STATES DISTRICT JUDGE