1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  MEGAN T. HOPKINS, SBN 294141
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Attorneys for Defendant
5  JUAN CARLOS MARTINEZ CASTRO

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,          )  Case No.  2:19-cr-233 DAD-1
                                      )
10            Plaintiff,              )  STIPULATION AND ORDER TO CONTINUE
                                      )  SENTENCING HEARING AND SCHEDULE OF
11       vs.                          )  DISCLOSURE FOR PSR
                                      )
12  JUAN CARLOS MARTINEZ              )  Date:   March 26, 2024
   CASTRO,                            )  Time:  9:30 a.m.
13                                    )  Judge: Hon. Dale A. Drozd
              Defendant.              )
14                                    )

15

16         IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, U.S. Attorney Phillip A. Talbert, through Assistant United States Attorney

18  Justin Lee, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant

19  Federal Defender Megan T. Hopkins, attorney for defendant Juan Carlos Martinez Castro, that

20  the previously-scheduled sentencing hearing date of January 16, 2024, be continued to March 26,

21  2024, at 9:30 a.m, and that the disclosure schedule be modified as follows to permit additional

22  time for the completion of the presentence report (PSR):

23

24         Draft PSR Disclosed on February 12

25         Informal Objections due February 26

26         Final PSR filed March 5

27         Formal Objections due March 12

28         Replies/Sentencing Memorandum due March 19

Stipulation to Continue Sentencing Hearing          -1-

1        The probation officer and the defendant have not yet completed the presentence

2   investigation interview, and require additional time to do so. The proposed modification to the

3   disclosure schedule and continued sentencing date will permit sufficient time for the completion

4   of the PSR and disclosure to the parties in advance of sentencing in this matter. Therefore, it is

5   the request of the parties that the Court grant the requested continuance and modify the

6   disclosure schedule as set forth above.

7
                                 Respectfully submitted,

8   Dated:  January 2, 2024                HEATHER E. WILLIAMS

9                                      Federal Defender

10                                     */s/ Megan T. Hopkins*
                                   MEGAN T. HOPKINS

11                                     Assistant Federal Defender
                                   Attorney for Defendant

12                                     Juan Carlos Martinez Castro

13
14  Dated: January 2, 2024               PHILLIP A. TALBERT
                                   United States Attorney

15                                     /s/*Justin Lee*
                                   JUSTIN LEE

16                                     Assistant U.S. Attorney
                                   Attorney for Plaintiff

17
18
19  <u>ORDER</u>

20       IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

21  stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

22  its Order.  The previously scheduled sentencing hearing date of January 16, 2024, is continued to

23  March 26, 2024, at 9:30 a.m.  However,  the court does not wish to continue this hearing any

24  further since the change of plea was entered already over six months ago on June 27, 2023.

25       IT IS SO ORDERED.

26  Dated:  **January 3, 2024**                                     

27                             DALE A. DROZD
                           UNITED STATES DISTRICT JUDGE

28

Stipulation to Continue Sentencing Hearing      -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Continue Sentencing Hearing          -3-