HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
JUAN CARLOS MARTINEZ CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN CARLOS MARTINEZ CASTRO,<br><br>Defendant. | Case No.  2:19-cr-233-DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND SCHEDULE OF DISCLOSURE FOR PSR<br><br>Date:   March 26, 2024<br>Time:  9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Phillip A. Talbert, through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Megan T. Hopkins, attorney for defendant Juan Carlos Martinez Castro, that the previously-scheduled sentencing hearing date of March 26, 2024, be continued to April 29, 2024, at 9:30 a.m, and that the disclosure schedule be modified as follows, consistent with the new sentencing hearing date:

   Informal Objections due April 1, 2024

   Final PSR filed April 8, 2024

   Formal Objections due April 15, 2024

   Replies/Sentencing Memorandum due April 22, 2024

Stipulation to Continue Sentencing Hearing                -1-

Defense counsel recognizes that in the Court's previous order it indicated that it does not wish to continue the sentencing any further given the timeline of this case. Defense counsel apologizes for having to request one final, brief continuance, which cannot be avoided given that defense counsel is scheduled to be in trial starting March 25, 2024, and will be unavailable for the currently set sentencing hearing. Defense counsel did not have discretion as to the setting of the trial date in the other case, as it was set pursuant to a defendant's demand for speedy trial and the government was limited in its availability, such that March 25, 2024, was the only available date for trial to begin. The proposed modification to the disclosure schedule and continued sentencing date will ensure continuity of counsel for Mr. Martinez Castro's sentencing in this matter. Therefore, it is the request of the parties that the Court grant the requested continuance and modify the disclosure schedule as set forth above.

Respectfully submitted,

Dated:  February 29, 2024

HEATHER E. WILLIAMS
Federal Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Juan Carlos Martinez Castro

Dated: February 29, 2024

PHILLIP A. TALBERT
United States Attorney

/s/*Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation to Continue Sentencing Hearing           -2-

ORDER

Having received, read, and considered the parties' stipulation, and good cause appearing therefore, the sentencing hearing previously scheduled for March 26, 2024, is continued to April 29, 2024, at 9:30 a.m. and the parties proposed schedule with respect to sentencing related dates is adopted. No further extensions of the sentencing hearing will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **February 29, 2024**

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE